# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | EDCR 96-0008(A)-RT | Date | July 28, 2008 |
|---|---|---|---|

Present: The Honorable  ROBERT J. TIMLIN, UNITED STATES DISTRICT JUDGE

Interpreter

| Patricia Gomez | N/A | |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gary Randell Singleton | | X | | Darryl L. Exum | | X | |

**Proceedings:**  ORDER REGARDING PRO SE DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE, PURSUANT TO 18 U.S.C. § 3582(c)(2)

  This Court has read and reviewed Defendant Gary Singleton's pro se motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The government is ordered to file a response no later than August 28, 2008.

_____ : _____

Initials of Deputy Clerk        PG